IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORGUARD, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-1996-M |
| | § | |
| JASPER CALHOUN ROWE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore AWARDS Plaintiff Morguard Valley Ranch Apartments, LLC $1,916.50 in costs and actual expenses, including reasonable attorneys' fees, under 28 U.S.C. § 1447(c).

SO ORDERED this 26th day of March, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE